IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. |
| Adams, Betty, et al. | 2:11-cv-03037-CMR |
| Ambrosait, Barbara, et al. | 2:11-cv-03038-CMR |
| Arflin, Jimmy, et al. | 2:10-cv-06129-CMR |
| Ascioti, Samuel, et al. | 2:10-cv-06128-CMR |
| Thomas Battle, et al. | 2:11-cv-00713-CMR |
| Belcher, George, et al. | 2:10-cv-06130-CMR |
| Bertrand, Wilfred, et al. | 2:11-cv-00712-CMR |
| Borton, Terry, et al. | 2:11-cv-00711-CMR |
| Bourgoin, Richard, et al. | 2:11-cv-03039-CMR |
| Bowlin, George, Jr., et al. | 2:10-cv-06132-CMR |
| Brazzell, Donna, et al. | 2:11-cv-00710-CMR |
| Briem, Rand, et al. | 2:11-cv-00709-CMR |
| Cabler, William, et al. | 2:11-cv-03036-CMR |
| Chase, Edward, et al. | 2:11-cv-03035-CMR |
| Cohen, John, et al. | 2:11-cv-00708-CMR |
| Corral, Hector, et al. | 2:11-cv-04356-CMR |
| Cottrell, William, et al. | 2:11-cv-00706-CMR |
| D'Amico, Francesco, Jr, et al. | 2:11-cv-00704-CMR |
| Davis, Michael, et al. | 2:11-cv-00702-CMR |
| Day, Calvin, et al. | 2:10-cv-07473-CMR |
| Dean, Marvin, et al. | 2:11-cv-00700-CMR |
| Diaz, Mary, et al. | 2:11-cv-00699-CMR |
| Doss, William, et al. | 2:11-cv-00697-CMR |
| Dunn, Jimmy, et al. | 2:11-cv-00696-CMR |
| Faheem, Amjad, et al. | 2:11-cv-00695-CMR |
| Faz, William, et al. | 2:11-cv-04400-CMR |
| Federico, Alexander, et al. | 2:11-cv-06075-CMR |
| Frazier, Frances, et al. | 2:11-cv-05652-CMR |
| Gore, Don L. (Estate of), et al. | 2:11-cv-04233-CMR |
| Green, Billie Jo, et al. | 2:11-cv-05650-CMR |
| Green, Harriet, et al. | 2:11-cv-00731-CMR |

FILED

JAN 1 2 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| Grubbs, Ronnie (Estate of), et al. | 2:11-cv-03033-CMR |
| Hanna, John, et al. | 2:11-cv-06076-CMR |
| Hollinger, James, et al. | 2:11-cv-04618-CMR |
| Jackson, Herman L. (Estate of), et al. | 2:11-cv-00729-CMR |
| Jones, Marcelean, et al. | 2:11-cv-00727-CMR |
| Jordan, Leo, et al. | 2:11-cv-00726-CMR |
| King, Tim, et al. | 2:10-cv-06135-CMR |
| Chaney, Helen (Estate of), et al. | 2:11-cv-06077-CMR |
| Lancaster, James, Jr., et al. | 2:11-cv-00725-CMR |
| Lawter, David, et al. | 2:11-cv-00724-CMR |
| Leflore, Delores, et al. | 2:11-cv-00723-CMR |
| Lewis, Donald, et al. | 2:10-cv-06137-CMR |
| Lewis, Donald, et al. | 2:10-cv-06137-CMR |
| Magidson, Hinda (Estate of), et al. | 2:11-cv-00938-CMR |
| Markham, Wilburn, et al. | 2:10-cv-06139-CMR |
| Martinez, Dennis (Estate of), et al. | 2:11-cv-04232-CMR |
| McCusker, John, Sr., et al. | 2:11-cv-00722-CMR |
| Medrano, Ismael, Sr., et al. | 2:11-cv-00721-CMR |
| Mize, Jerry, et al. | 2:11-cv-00720-CMR |
| Moseley, Douglas, et al. | 2:11-cv-00718-CMR |
| Murano, Aniello, et al. | 2:10-cv-06147-CMR |
| Negron, Jose, et al. | 2:11-cv-05651-CMR |
| Patino, Jose, et al. | 2:11-cv-00716-CMR |
| Pischner, Clyde, et al. | 2:10-cv-06142-CMR |
| Potuznik, Barbara, et al. | 2:12-cv-02252-CMR |
| Puthumana, Monica, et al. | 2:11-cv-00715-CMR |
| Rainey, Marvin, et al. | 2:11-cv-03031-CMR |
| Rosebaro, Daniel, et al. | 2:10-cv-06143-CMR |
| Rowley, Gerald, et al. | 2:10-cv-05934-CMR |
| Savedge, Rosemary, et al. | 2:11-cv-00745-CMR |
| Scott, Robert, et al. | 2:11-cv-00744-CMR |
| Simzyk, Alan, et al. | 2:11-cv-00743-CMR |
| Sipplen, Gerald, et al. | 2:11-cv-00742-CMR |
| Smith, Thomas, et al. | 2:11-cv-00741-CMR |
| Smith, Thomas, et al. | 2:11-cv-00741-CMR |
| Southerland, Daniel, et al. | 2:11-cv-00740-CMR |
| Stewart, Fred, et al. | 2:11-cv-00739-CMR |
| Summey, Patricia (Estate of), et al. | 2:11-cv-00738-CMR |

| | |
|---|---|
| Sutton, Michael, et al. | 2:11-cv-03030-CMR |
| Swire, Steve, et al. | 2:11-cv-03029-CMR |
| Remy, Juanita H. (Estate of), et al. | 2:11-cv-00714-CMR |
| Torres, Raymond, et al. | 2:11-cv-03028-CMR |
| Tucker, Timothy J. (Estate of), et al. | 2:11-cv-00737-CMR |
| Vipond, Margaret (Estate of), et al. | 2:11-cv-06078-CMR |
| Ward, Pamela, et al. | 2:11-cv-00736-CMR |
| Warren, David, et al. | 2:11-cv-03412-CMR |
| Wauters, Leona, et al. | 2:11-cv-03027-CMR |
| White-Davis, Shirley, et al. | 2:11-cv-04358-CMR |
| Wilson, Barbara, et al. | 2:11-cv-00735-CMR |
| Wilson, Kerry, et al. | 2:11-cv-00734-CMR |
| Winter, David (Estate of), et al. | 2:11-cv-00746-CMR |
| Wooldridge, Albert, et al. | 2:11-cv-00733-CMR |
| Wyatt, Paul, II, et al. | 2:10-cv-06146-CMR |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs in the above-captioned actions and Defendant GlaxoSmithKline LLC, that all claims in the above-captioned actions asserted by Plaintiffs against all Defendants are dismissed with prejudice, with each party to bear its own fees and costs.

Dated: 1/8/2015

/s/ John J. Foley
Jayne Conroy
Paul J. Hanley, Jr.
John J. Foley
Trent B. Miracle
SIMMONS HANLY CONROY
112 Madison Avenue, Suite 300
New York, NY 10017
(212) 784-6400

*Attorneys for Plaintiffs*

Dated: 1/8/2015

/s/ Kenneth H. Zucker
Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

Dated: 1-9-15

SO ORDERED,

*[signature]*

Hon. Cynthia M. Rufe
United States District Judge